PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN# 6191786
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALICE MARIE CARROLL, | Case No. 2:15-CV-02076-EFB |
| Plaintiff, | STIPULATION and ~~PROPOSED~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT (EAJA) ATTORNEY FEES |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    The parties agree that Plaintiff is entitled to an award of attorney fees and expenses to be paid by the Defendant pursuant to the EAJA, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

    The parties agree that an award of attorney's fees and expenses in the amount of $5,000.00 shall be awarded to Plaintiff. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

If it is determined Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Robert C. Weems, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

Finally, the parties agree whether the check is made payable to Plaintiff, or to Robert C. Weems, the check shall be mailed to Plaintiff's attorney at the following address: WEEMS LAW OFFICES, 769 Center Blvd., PMB 38, Fairfax, CA 94930.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel, including counsel's firm, may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date: June 28, 2017
/s/Robert C. Weems
Robert C. Weems, CSBN 148156
Attorney at Law
Attorney for Plaintiff
By email authorization on June 28, 2017

Date: July 31, 2017
PHILLIP A. TALBERT
United States Attorney

By: /s/Geralyn Gulseth for Ben A. Porter
Ben A. Porter
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED.**

DATED: August 2, 2017

EDMUND F. BRENNAN
UNITED STATE MAGISTRATE JUDGE